# Court of Appeals
# of the State of Georgia

ATLANTA,  September 07, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0062. IN RE ESTATE OF SIERRA LEIGH WERTZER, WARD.**

Grace Wertzer is the mother and guardian of Sierra Leigh Wertzer, an incapacitated adult. Saul Wertzer, Sierra's father, has visitation rights. In 2017, Grace filed a motion seeking clarification and modification of a 2016 probate court order pertaining to Saul's visitation rights. On July 20, 2018, the probate court entered multiple orders, including: an order removing Grace as guardian; an order denying her motion for clarification; and an order awarding attorney fees pursuant to OCGA § 9-15-14. Grace filed notices of appeal from several of the orders, and she filed this application for discretionary appeal from the attorney fee order.

As the Supreme Court has made clear, "a party aggrieved by a post-judgment OCGA § 9-15-14 award is required to comply with the discretionary application procedure of OCGA § 5-6-35 (a) (10) only where no direct appeal has been otherwise taken from the underlying judgment." *Mitcham v. Blalock*, 268 Ga. 644, 647 (4) (491 SE2d 782) (1997) (punctuation omitted). Because Grace filed direct appeals from other orders entered contemporaneously with the order awarding OCGA § 9-15-14 attorney fees, no discretionary application is required to appeal the fee award.

This Court will grant an otherwise timely discretionary application pursuant to OCGA § 5-6-35 (j) if the order is subject to direct appeal and the applicant has not already filed a notice of appeal. As it does not appear Grace has filed a notice of appeal from the attorney fee order, her application is hereby GRANTED. Grace shall have ten days from the date of this order to file a notice of appeal with the probate

court if she has not already done so. The probate court is instructed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, 09/07/2018*
 *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
 *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*